UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-524 (FLW) |
| v. | |
| JAKIM STRADFORD | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Christopher Matthews, Special Assistant United States Attorney), and defendant Jakim Stradford (by Scott Krasny, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter through September 30, 2020; and no continuances having previously been granted by the Court; and the defendant being aware that he has the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having waived such right and consented to the continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations may soon commence and the parties would like additional time to continue negotiating a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant requires time to review discovery, and prepare and file appropriate motions; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _9th_ day of July, 2020,

ORDERED that this action be, and it hereby is, continued through September 30, 2020; and it is further

ORDERED that the period from the date this Order is signed through September 30, 2020, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. FREDA L. WOLFSON
Chief United States District Judge

Form and entry consented to:

_____
Scott Krasny, Esq.
Counsel for Defendant

_____
Christopher Matthews
Special Assistant U.S. Attorney

2