PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jakim Stradford                Cr.: 20-00524-001
                                                                     PACTS #: 6990493

Name of Sentencing Judicial Officer:     THE HONORABLE FREDA L. WOLFSON
                                         CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/09/2021

Original Offense:     Count One: Felon in Possession of a Weapon, in violation of 18 U.S.C. 922(g)(1), a
                      Class C felony

Original Sentence: 37 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Mental Health
Treatment, Other Condition, Support Dependents, Forfeiture

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/27/2023

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

   One                      Use of Controlled Substances: Cocaine, Amphetamines, Marijuana, Alcohol

U.S. Probation Officer Action:

Reference is made to Jakim Stradford (Stradford), who was sentenced by the Honorable Chief Judge
Wolfson, on March 9, 2021, as noted above.  Stradford commenced his term of supervised release on
January 27, 2023, in the District of New Jersey, given his approved residence in Neptune City, New Jersey.
Following his release from custody, Stradford was referred to Recovery Innovations, LLC, in Eatontown,
New Jersey, for a substance abuse and mental health treatment assessment.  It was determined that
continued treatment for both co-occurring issues was needed, due to Stradford's lengthy substance abuse
history and mental health issues.

The purpose of this memorandum is to advise the Court, that on February 28, 2023, and March 6, 2023,
Stradford underwent urinalyses at Recovery Innovations, the results of which were positive for the presence
of amphetamines, cocaine, suboxone (medically prescribed), marijuana, and alcohol. Stradford admitted to
using the substances and that a higher level of care might be appropriate at this time.  As a result of
Stradford's relapse, he has been referred for residential substance abuse treatment, which commences at
New Hope Integrated Behavioral Health Care, in Marlboro, New Jersey, on March 13, 2023.  His placement
is schedule to last for 30 days.  It is the Probation Office's hope that a short-term residential placement will
assist in ceasing Stradford's substance use and provide him with a structured environment as he re-enters
back into society.  Additionally, due to Stradford's willingness to participate in treatment, no action is being
requested by the Probation Office at this time.  We will continue to monitor Stradford's compliance with

Prob 12A – page 2
Jakim Stradford

supervision and treatment. The Court will be notified if additional instances of non-compliance occur. We respectfully await Your Honor's decision in this matter.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*John L. Almanza*

By:   JOHN L. ALMANZA
        Senior U.S. Probation Officer

/ jla

APPROVED:

*Sharon O'Brien   March 13, 2023*
_____
SHARON O'BRIEN                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

3/13/2023
_____
Date