UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 20-524 (ZNQ) |
| JAKIM STRADFORD | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Tracey Agnew, Assistant U.S. Attorney, appearing, in the presence of Saverio Viggiano, Esq., counsel for the defendant, JAKIM STRADFORD, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending the hearing on defendant's violation of supervision petition, currently scheduled for April 1, 2026, in the above-entitled matter because the defendant poses a danger to the community; the defendant having consented to detention at this time reserving his right to present a bail package on short notice for consideration; and for good cause shown:

IT IS, therefore, on this 9th day of February, 2026,

ORDERED that the defendant is hereby DETAINED without prejudice. The defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a date to be determined by the Court; and it is further

ORDERED pursuant to Title 18, United States Code, Section 3142(e),

that the defendant be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek pre-trial release pursuant to Title 18, United States Code, Section 3142(f) at a date to be determined by the Court; and it is further

ORDERED pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____

HONORABLE JUSTIN T. QUINN
United States Magistrate Judge

2